UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

NANCY LANETTE BOAHBEDASON,

          Defendant.

Case: 1:21−cr−20173
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 3/11/2021
Description: INFO USA V. BOAHBEDASON (NA)

_____

I N F O R M A T I O N
_____

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**(18 U.S.C. §§ 661, 1151 and 1153)**
**(Larceny of Personal Property Under $1,000.00)**

From in or around April 2019 to in our around July 2019, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Nancy Lanette Boahbedason**, a non-Indian, took and carried away with intent to steal and purloin, the personal property of another, belonging to M.W., an Indian with a value of less than $1,000, in violation of 18 U.S.C. §§ 661, 1151, and 1152.

## COUNT TWO
### (18 U.S.C. §§ 13, 1151, 1152; MCL 750.115)
### (Illegal Entry)

From in or around April 2019 to in our around July 2019, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Nancy Lanette Boahbedason**, a non-Indian, did, enter without breaking a dwelling without first obtaining permission to enter from the occupant, in violation of 18 U.S.C. §§ 13, 1151, 1152, and MCL 750.115.

Dated: March 11, 2021

SAIMA M. MOHSIN
Acting United States Attorney

s/Roy R. Kranz
ROY R. KRANZ  (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan  48708-5747 (989) 895-5712
roy.kranz@usdoj.gov
(P56903)

s/Anthony P. Vance
Anthony P. Vance
Assistant U.S. Attorney
Chief, Branch Offices

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT
## FOR NANCY LANETTE BOAHBEDASON

I, Nick Diedrich, being duly sworn, depose and state:

1. I am an officer with the Bureau of Indian Affairs and have been a law enforcement officer for approximately 12 years. During my career I have been involved in numerous investigations concerning assaults. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Nancy Boahbedason committed the offenses of Larceny under $1,000 and Illegal Entry in or around April 2019 to in or around July 2019, in violation of 18 U.S.C. §§ 13, 1151, 1152, 661, and MCL 750.115 and therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. According to M.W., in or around April 2019 to in or around July 2019, Nancy Boahbedason entered her residence without permission numerous times and stole things from M.W. including a painting, two bracelets, and a flip phone. This all occurred on the Isabella Reservation in Indian country.

4. M.W. set up a trail camera in her residence and captured images of Boahbedason entering and exiting her dwelling multiple times all of which were without permission. Affiant is aware that a police officer has reviewed those images and confirmed that it is Boahbedason in the photos.

5. According to M.W. it was during the same time as these illegal entries that her items came up missing. No one else is seen entering or exiting the residence on the trail cameras and M.W. is the only one that lives in her dwelling space.

6. Affiant is aware that M.W. is an Indian and Boahbedason is a non-Indian.

7. Based on the above-described information, there is probable cause to believe that in or around April 2019 to July 2019, Nancy Lanette Boahbedason committed a larceny under $1,000 and an illegal entry, in violation of 18 U.S.C. §§ 13, 1151, 1152, 661, and MCL 750.115.

_____
Nick Diedrich
BIA

Sworn to before me and signed in my presence,
and/or by reliable electronic means.

_____
HON. DAVID R. GRAND
United States Magistrate Judge

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>21-20173 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes      x **No** | AUSA's Initials:  RRK |

**Case Title:** USA v.  Nancy Lanette Boahbedason

**County where offense occurred:**   Isabella County

**Check One:**   __ **Felony**      X **Misdemeanor**      **Petty**

_____Indictment/__X__Information ---   **no** prior complaint.
_____Indictment/_____Information ---   based upon prior complaint []
_____Indictment/_____Information ---   based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

_   Corrects errors; no additional charges or defendants.
_   Involves, for plea purposes, different charges or adds counts.
_   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  March 11, 2021

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.